# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DUSTIN CARLINE | CIVIL ACTION |
| VERSUS | |
| PINE BLUFF SAND AND GRAVEL COMPANY | NO.: 18-912-BAJ-RLB |

## FINAL JUDGMENT

Considering the Order dismissing the above-captioned case, and in accordance with Federal Rule of Civil Procedure 58,

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 8th day of January, 2020.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1